# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRUCE GIBSON                                          PLAINTIFF

v.                    No. 3:17-cv-137-DPM

FEDERATED LIFE INSURANCE
COMPANY                                               DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2018